### KINSMAN, EXECUTOR OF ROBERT KINSMAN, v. KINSMAN.

Grain growing upon land doth not pass by the description of personal estate in a will.

ERROR, to reverse a judgment of the County Court, in an action of trespass, brought by Bethiah Kinsman against said Jeremiah for a quantity of rye.

The case was — Jeremiah owned the land where the rye grew, and in January A. D. 1782 leased it to said Robert and to his wife Bethiah, during his natural life and the natural life of said Bethiah; Robert entered, sowed the rye and died, having made his will, by which he gave his personal estate to his wife, and £25 per annum, and appointed said Jeremiah his executor; the executor entered and cut the rye; and for that, this action is brought, and a recovery had in the County Court.

Judgment — Manifest error.

The rye was the property of said Robert, and did not pass by the bequest of personal estate: not being severed from the land; the executor had right to enter and cut it, notwithstanding said Bethiah had an estate for life in the leased premises.